**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: **08 C 89**

International Union of Operating Engineers, Local 150, AFL-CIO vs. MacDonald Construction Services, Inc., an Illinois Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

International Union of Operating Engineers, Local 150, AFL-CIO

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| NAME (Type or print) <br> Elizabeth A. LaRose | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Elizabeth A. LaRose | |
| FIRM <br> Local 150, Legal Department | |
| STREET ADDRESS <br> 6140 Joliet Road | |
| CITY/STATE/ZIP <br> Countryside, IL 60525 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229653 | TELEPHONE NUMBER <br> (708) 579-6663 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

**FILED**
**JANUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT