AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 89**

SUMMONS IN A CIVIL CASE

International Union of Operating Engineers,
Local 150, AFL-CIO,
        Plaintiff,

V.

MacDonald Construction Services, Inc., an
Illinois Corporation,
        Defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

received 1/22/08

**JUDGE ANDERSEN
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Please serve: MacDonald Construction Services, Inc.
c/o Edward MacDonald, President
308 Oakleaf Road
Lake in the Hills, IL 60156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
Local 150 Legal Department
6140 Joliet Road, Countryside, IL 60525

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

January 4, 2008
_____
Date

State of Illinois

General No.: 08C89

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

WILLIAM VINCENT deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 1/10/2008 at 4:20:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with MacDonald Construction Services, Inc. c/o Edward MacDonald as shown below:

Served the wihin named MacDonald Construction Services, Inc. c/o Edward MacDonald by delivering a true and correct copy of the SUMMONS and COMPLAINT, to Edward MacDonald a person authorized to accept service of process as agent.

Said service was effected at 308 Oakleaf Rd., Lake In The Hills, IL 60156

Description of Person Served   Sex: M   Height: 6'4   Weight: 240   Race: W   Age: 45ish

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1-11-08
Dated

William Vincent
117-000192