IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, | ) ) ) ) | |
| | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | NO. 07 C 7132 |
| vs. | ) ) | |
| MACDONALD CONSTRUCTION SERVICES, INC., an Illinois Corporation, | ) ) ) | JUDGE ANDERSEN MAGISTRATE JUDGE BROWN |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Mr. Edward MacDonald, President
MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL 60156

PLEASE TAKE NOTICE that on the 31st day of March, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff's Notice of Voluntary Dismissal**, a copy of which is attached hereto and served upon you.

By:  s/Melissa L. Binetti
     Attorney for the Plaintiff

Name and Address of Attorneys for the Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
Lauren S. Shapiro
Local 150 Legal Department
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 – facsimile

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing *Notice of Filing* and *Plaintiff's Notice of Voluntary Dismissal* to be served upon:

Mr. Edward MacDonald, President
MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL 60156

via U.S. mail before the hour of 5:00 p.m. this 31st day of March, 2008.

By:   s/Melissa L. Binetti
       Attorney for the Plaintiff

Name and Address of Attorneys for the Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
Lauren S. Shapiro
Local 150 Legal Department
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 – facsimile

I:\AE\MacDonald Construction Services, Inc\Pleadings\notice.filing.vol.dismissal.doc